UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x
LUIS A. RODRIGUEZ, Individually and on Behalf : ECF CASE
of All Other Persons Similarly Situated,

        Plaintiff,        No.: 1:11-CV-6371 (FB) (RML)

  v.

PRODUCT AND DATA CENTER LLC, PARIS
CHHRABRA, WINKY CHHRABRA, THE DATA
CENTER, LLC, ABC CORPORATIONS #1-10,
and JOHN DOES #1-10, Jointly and Severally,

        Defendants.
------------------------------------x

    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Luis A. Rodriguez, and opt-in Plaintiffs Peter Thomasel, Gedrin Morel and Mirna Meneses ("Plaintiffs") and Defendants Product and Data Center LLC, s/h/a "The Data Center, LLC," Paris Chhrabra and Winky Chhrabra (collectively "Defendants"), through their undersigned attorneys, who state they have been authorized to enter this Stipulation, that:

    1.    The above-captioned matter is dismissed with prejudice under Fed. R. Civ. P. 41(a)(2).

    2.    This matter is dismissed without costs, fees or expenses to any party. The parties shall bear their own fees and costs

[SIGNATURES ON NEXT PAGE]

Dated: New York, New York
      April 21, 2014

BRONSON LIPSKY LLP

By: _____
Douglas B. Lipsky
630 Third Avenue, Fifth Floor
New York, New York 10017
Phone: 212.392.4772
dl@bronsonlipsky.com

*Attorneys for Plaintiffs*

Dated: East Meadow, New York
      April 21, 2014

CERTILMAN BALIN ADLER &
HYMAN, LLP

By: _____
Douglas E. Rowe
Sanjay V. Nair
90 Merrick Avenue, 9th Floor
East Meadow, New York 11554
Phone: 516.296.7000
drowe@certilmanbalin.com
snair@certilmanbalin.com

*Attorneys for Defendants*

SO ORDERED:

Dated: Brooklyn, New York
      April ___, 2014

_____
The Honorable Frederic Block, U.S.D.J.

-2-